■ The People of the State of New York, Respondent, v Desmond Arnold, Appellant. [971 NYS2d 884]—Appeal by the defendant, as limited by his motion, from three sentences of the Supreme Court, Kings County (Firetog, J.), all imposed September 25, 2008, on the ground that the sentences are excessive.

Ordered that the sentences are affirmed.

The sentences imposed were not excessive (see People v Suitte, 90 AD2d 80 [1982]). Eng, P.J., Skelos, Roman, Cohen and Hinds-Radix, JJ., concur.